# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SECURITES & EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-36 (GK) |
| | : | |
| CHARLES JOHNSON, JR., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Defendant Christopher Benyo has filed a Motion in Limine to Limit the Testimony of Ward A. Hanson and Albert A. Vondra to the Opinions Expressed in Their Expert Reports. Upon consideration of the Motion, the Opposition, and the Reply, the Court concludes that the Motion should be **granted**.

Defendant Benyo makes the unexceptional request to bar the SEC's expert witnesses from offering any new expert opinions which were not presented in their expert reports. Furthermore, he argues that "neither Mr. Hanson nor Mr. Vondra, in their expert reports, offer[s] any opinion about whether the work described in § 4.1 was completed by March 31, 2001." Benyo Motion, at p. 4. Moreover, he makes clear that his Motion in Limine "is targeted . . . at new opinions, not previously disclosed in timely produced expert reports." Benyo Reply, at 2.

The SEC, in its Opposition, directly disputes Defendant Benyo's contention and states that "both of the SEC's experts provided written opinions in their reports that the work required by the Statement of Work was not completed as of March 31, 2001." SEC Opp., at 6. According to the

SEC, the two experts simply amplified their opinions at their depositions when questioned by the Defendant's counsel.

There is no question that expert witnesses cannot offer new opinion testimony which had not been presented in either an expert witness report or during discovery. For that reason, Defendant Benyo's Motion must be granted. However, the real issue not adequately addressed in either party's papers on this Motion is whether the experts actually offered an opinion, in their properly and timely disclosed expert witness reports or in their deposition testimony, about whether the work required under § 4.1 of the Statement of work was completed by March 31, 2001.

**WHEREFORE**, it is this 27th day of February, 2008, hereby

**ORDERED**, that Defendant Benyo's Motion in Limine to Limit the Testimony of Ward A. Hanson and Albert A. Vondra to the Opinions Expressed in Their Expert Reports is **granted**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**